**Order entered March 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00633-CR

**HILLARY BELLARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81098-2021**

## ORDER

Before the Court is appellant's March 2, 2022 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by April 4, 2022.

/s/    BILL PEDERSEN, III
        JUSTICE